

# Fourth Court of Appeals
## San Antonio, Texas

July 24, 2019

No. 04-18-00752-CV

Marcus F. **KASPAR** and Deborah Kaspar,
Appellants

v.

**MS SERVICES, LLC,**
Appellee

From the 198th Judicial District Court, Bandera County, Texas
Trial Court No. CV-15-0000235
Honorable M. Rex Emerson, Judge Presiding

# O R D E R

This appeal was submitted on briefs on June 5, 2019.  On July 19, 2019, the parties filed a joint motion to abate this appeal.  The motion states the parties have reached a tentative settlement, and they move this court to abate the appeal—presumably for the parties to finalize their agreement.

The parties' joint motion to abate this appeal is GRANTED.  We ABATE this appeal until August 19, 2019.

We ORDER Appellant to file in this court not later than August 19, 2019, a motion to (1) dismiss the appeal or (2) reinstate the appellate timetable so the opinion and judgment may issue.

All other appellate deadlines are SUSPENDED pending further order of this court.

It is so **ORDERED** on this 24th day of July, 2019.

PER CURIAM

ATTESTED TO:  _____
KEITH E. HOTTLE,
Clerk of Court

